ALEXANDER SHAND AND JOHN SHARP, EXECUTORS, ETC., OF GEORGE SHARP, DECEASED, *versus* AUGUSTIN GAGNIER, PIERRE GAGNIER, BARTHOLOMIE GAGNIER, LOUIS GAGNIER, LOUIS MOMINIE, MARGARET MOMINIE, JOSETTE JACOB, JOSEPH MOMINIE, CATHARINE MOMINIE, JOSEPH VALLI-QUET, MONIQUE VALLIQUET, PIERRE JOURDAIN AND LAURENT DUROCHER

JOURNAL ENTRIES (1824): *Journal 3:* (1) Subpoena quashed *p. 507.
PAPERS IN FILE: (1) Bill of complaint; (2) bond for costs; (3) precipe for subpoena; (4) writ of subpoena and return; (5) motion to quash subpoena.
*Chancery Case* 44 of 1824.